**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-24940 -CIV-LENARD/ ELFENBEIN

**MCC MIGRATION USA LLC,** *et al*,

    Plaintiffs,

**v.**

**UNITED CITY PARTNERS LLC,** *et al*,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Marty Fulgueira Elfenbein, ("Report," D.E. 32), issued on January 30, 2026, recommending the Court Grant Defendant United City Partners LLC and Defendant Carly Nguyen Thao Tran's (collectively, "Defendants") Expedited Motion to Compel Arbitration (D.E. 17). Further, the Report recommends that the Court dismiss this case and deny Plaintiffs Motion for Preliminary injunction (D.E. 7) and Plaintiff's Amended Expedited Motion for Preliminary Injunction (D.E. 8) as moot. The Report provides the Parties with fourteen (14) days to file objections.  As of the date of this Order, no objections have been filed.  Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1.   The Report and Recommendation of the Magistrate Judge (D.E. 32) is **ADOPTED**; and

2.   Defendants' Expedited Motion to Compel Arbitration (D.E. 17) is **GRANTED**;

3.   Plaintiffs Motion for Preliminary injunction (D.E. 7) is **Denied as moot**;

4.   Plaintiff's Amended Expedited Motion for Preliminary Injunction (D.E. 8) is **Denied as moot**; and

5.   This case is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of March, 2026.

JOAN A. LENARD
**UNITED STATES DISTRICT JUDGE**